IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-01788-MSK-CBS  Date: October 22, 2014
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:*                           *Counsel:*

TWIN BUTTES WIND, LLC,               Byeongsook Seo
                                     Lance Ream

Plaintiff,

v.

BLESSED ENERGY, LLC, *et al.,*       Michael Baty
                                     Douglas Gradisar

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:57 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   MOTION [2] in Support of Interpleader and for Leave to Deposit Fund is **GRANTED in part and DENIED in part.**  The Motion is granted to the extent that parties seek leave to interplead and deposit funds into the registry of the Court.  The Motion is denied to the extent that it seeks the dismissal of Twin Buttes as a dis-interested party.

Blessed Energy LLC's Answer and Defenses, Subject to Limited Entry of Appearance and Objection to Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) with Authorities [18] is **DENIED** without prejudice.

The Court puts counsel on notice in regards to not being able to answer scheduling questions about the case and the inadequate 26(f) conference they had.  Counsel will need to have another 26(f) conference and submit a revised proposed Scheduling Order.  There are pending proceedings in State Court.  The Court offers suggestions as to how to proceed with the case and questions if the case should remain in federal court.

**ORDERED:**   A continued Scheduling/Status Conference is set for November 4, 2014 at 10:00 a.m.  Parties who wish to attend by phone, shall first initiate a call amongst

        themselves, and then contact the Court at (303) 844-2117 at the scheduled time. Parties shall conduct another 26(f) conference and submit an amended proposed Scheduling Order by 12:00 p.m. on November 3, 2014. If parties submit a Stipulated Motion to Dismiss on or before October 30, 2014, the Scheduling/Status Conference will be vacated.

Hearing concluded.

**Court in recess: 11:46 a.m.**
Total time in court:    00:49

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.