IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01788-MSK-CBS | Date: November 4, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

TWIN BUTTES WIND, LLC,                    Lance Ream

Plaintiff,

v.

BLESSED ENERGY, LLC, *et al.,*            Michael Baty (by telephone)
                                          Douglas Gradisar (by telephone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING & STATUS CONFERENCE**
**Court in session: 10:30 a.m.**
Court calls case. Appearances of counsel. Mr. Sturgis appears on the phone with counsel.

The Court has received *STIPULATION [33] for Dismissal of Counterclaim.* Great Harvest, LLC has not been served. Parties who have been served agree to STAY all proceedings in Federal Court. Discussion regarding administratively closing the case in lieu of staying the case. Funds have not been entered into the Court's registry. Mr. Ream anticipates transferring the funds by next week.

Defendants Blessed Energy and Marion Summers make oral MOTION to Stay Pretrial Proceedings in this case.

**ORDERED:** Defendants' oral Motion is **GRANTED**. All pretrial proceedings, to include any filing deadlines, are **STAYED**.

Blessed Energy, LLC is **ORDERED** to deposit funds into the Courts registry by 5:00 p.m. on November 7, 2014.

Blessed Energy, LLC shall file their motion for fees and costs by November 12, 2014.

Mr. Sturgis orally withdraws *First MOTION [28] to Dismiss for Lack of Jurisdiction.*

**ORDERED:**   Mr. Sturgis' oral Motion is **GRANTED.**  *First MOTION [28] to Dismiss for Lack of Jurisdiction* is WITHDRAWN.

Once the motion for fees and costs is decided, the Court intends to administratively close this case.

Hearing concluded.

**Court in recess: 10:45 a.m.**
Total time in court:     00:16

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.