**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01788-MSK-CBS

TWIN BUTTES WIND, LLC,
        Plaintiff,

   v.

BLESSED ENERGY, LLC and
MARION SUMMERS,
        Defendants,

   v.

MARION SUMMERS,
        Counterclaimant/Cross-Claimant/Third-Party Plaintiff,

   v.

GREAT HARVEST, LLC and
FRITZ STURGES,
        Third-Party Defendants,

BLESSED ENERGY, LLC,
        Crossclaim Defendant,
   and

TWIN BUTTES WIND, LLC,
        Counterclaim Defendant.

---

**ORDER RE: DEPOSITED FUNDS**

---

On November 5, 2014, Plaintiff Twin Buttes Wind, LLC deposited $36,065.28 into this Court's registry, pursuant to the November 5, 2014 Amended Courtroom Minutes/Minute Order (Docket No. 37). This amount represents 50% of the 2013 fourth quarter and 2014 first quarter royalty payments under the Wind Lease as identified in the Complaint in Interpleader (Docket No. 1), which total $16,823.24, as well as 50% of the 2014 second quarter and 2014 third quarterly royalty payments, totaling $19,242.04, that have since come due since the Complaint in

2

Interpleader was filed.  Plaintiff shall continue to pay 50% of amounts due under the Wind Lease into this Court's registry as they come due.

DATED at Denver, Colorado, on November 6, 2014.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge