IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01788-MSK-CBS | Date: February 3, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

TWIN BUTTES WIND, LLC,

Plaintiff,

v.

BLESSED ENERGY, LLC *et al*,

Defendant.

*Counsel:*

Byeongsook Seo
Lance Ream

Michael Baty
Douglas Gradisar

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**

**Court in session: 1:31 p.m.**

Court calls case.  Appearances of counsel.

Argument held on *Motion for Attorney Fees [40]* filed on November 12, 2014.

*ORDERED:*     *The Motion for Attorney Fees [40]* is **GRANTED IN PART and DENIED IN PART**. The Motion is **GRANTED** as to award plaintiff, Twin Buttes Wind, LLC, fees in the amount of $5987.50 and costs in the amount of $65.74 from defendant Blessed Energy, LLC. The Motion is **GRANTED** as to award plaintiff, Twin Buttes Wind, LLC, fees in the amount of $5080.00 and costs in the amount of $65.74 from defendant Marion Summers. The Motion is **DENIED** as to the balance of requested fees and costs.

*ORDERED:*     The Court **STAYS** entry of the order for seven business days.  Plaintiff to submit a proposed order for the Court's signature within seven business days.

HEARING CONCLUDED.

**Court in recess: 2:39 p.m.**

Total time in court: 01:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.