IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01788-MSK-CBS

TWIN BUTTES WIND, LLC,

    Plaintiff,

v.

BLESSED ENERGY, LLC; and
MARION SUMMERS,

    Defendants.

---

ORDER RE: MOTION TO RELEASE INTERPLEAD FUNDS
TO DEFENDANT, MARION SUMMERS

---

**THIS MATTER** is before the Court on a Motion filed by Marion Summers, asking that the Court release the funds that have been interplead and deposited with this Court's clerk, to Marion Summers.

    1. Summers filed a Motion to Release Interplead funds to Defendant, Marion Summers on April 2, 2015. Defendant Fritz Sturges responded on May 5, 2015, objecting to the release of funds.

    2. Summers then filed a Reply on May 7, 2015.

    3. On May 15, 2015, this Court set a hearing to occur on July 20, 2015 on the motion to release interplead funds to Defendant Marion Summers.

    4. On July 16, 2015, Defendant Sturges then filed an "amended" response to the motion to release interplead funds to Marion Summers. In the amended response, Fritz Sturges changed his position and indicated he no longer objected to the release of interplead funds to Marion Summers.

    5. Plaintiff, Twin Buttes takes no position on the request to release funds.

6. No other party has objected to the release of funds and at this time, there is not any objection to the Court releasing the funds to Defendant Marion Summers.

7. Argument occurred on July 20, 2015 on the motion to release interplead funds to Defendant Marion Summers. During the argument, Plaintiff Twin Buttes again indicated it took no position on the motion to release funds to Defendant Marion Summers. At the argument, counsel for Defendant Sturges indicated there was not an objection to the court releasing interplead funds to Defendant Marion Summers.

8. Counsel for Defendant Sturges has confirmed to counsel for Defendant Marion Sturges in an email on August 5, 2015 that "Mr. Sturges states he has no objection to the currently interpleaded (sic.) funds being released to Ms. Summers in accordance with the contract."

9. For the reasons expressed in the Motion to release interplead funds to Defendant Marion Summers, the Reply filed by Marion Summers, and based upon the discussions and representations made to the Court on July 20, 2015, the court **GRANTS** the Motion.

10. The Clerk of Court is directed to release the interplead money deposited with the Clerk of Court's office to Marion Summers.

DATED this 13th day of August, 2015.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Court